UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LESTER OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:80-CV-391AS |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

Lester Owens, a *pro se* prisoner, filed a motion to reopen his case. This case was dismissed on February 23, 1981. Since that date, Mr. Owens has filed at least two documents from which orders were entered in 1993 and 2000, which directed Mr. Owens that his case was closed and that no further filings would be accepted. Most recently, Mr. Owens filed two motions to reopen this case on August 25, 2005, and September 6, 2005.

Mr. Owens states that he was injured in "75" (Doc. No. 9), and that he cannot take his medication to correct his problems with his "body in mind". (Doc. No. 9.) Mr. Owens's motions do not state a basis for reopening his case. The judgment in this case has not been vacated and this case remains closed.

For the foregoing reasons, this Court **RECOMMENDS** that Plaintiff's motions to reopen [Doc. Nos. 7 & 9]be **DENIED**.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed.R.Civ.P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 30th Day of September, 2005.

<u>S/Christopher A. Nuechterlein</u>
Christopher A. Nuechterlein
United States Magistrate Judge