# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **LESTER LOVIAD OWENS,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil No. S80-391 |
| **DEPT. OF JUSTICE,** | ) |
| **Defendant** | ) |

## *ORDER*

This court takes full judicial notice of the record of proceedings in this case. This court has before it a report and recommendation of United States Magistrate Judge Christopher A. Nuechterlein filed on or about September 30, 2005 and followed up by two letters pro se from Lester Loviad Owens. This court is sympathetic to the circumstances of this plaintiff, but there is simply no basis on which this court can reopen this case now since it was originally dealt with more than 24 years ago. The plain, blunt fact is that there are circumstances and problems in society that cannot be solved by the federal judiciary. Understanding the human elements involved, this court does not have any choice but to **APPROVE** the Report and Recommendation of the Magistrate Judge. Plaintiff's motions to reopen are **DENIED. IT IS SO ORDERED**.

**DATED:** December 5, 2005

                                                   **S/ ALLEN SHARP**
                                                   **ALLEN SHARP, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein